In the Matter of the Rehabilitation of THE BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY for an Order, etc. (7101 BAY PARKWAY, BROOKLYN.) TITLE GUARANTEE AND TRUST COMPANY, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of the BOND AND MORTGAGE GUARANTEE COMPANY, Respondents. — Appeal from order denying appellant's application to direct the Bond and Mortgage Guarantee Company, in rehabilitation, or the Superintendent of Insurance, or the Mortgage Commission, to pay to it the amounts necessary to satisfy and discharge certain judgments, and to reimburse it in the sum of fifty-four dollars and eighty cents, theretofore paid. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of ISADORE D. KALEN, Petitioner, for an Order of Certiorari Directed to DOMINIC AMATO, Mayor, and DANIEL J. KENNEDY and Others, Constituting the Mayor, Trustees and Clerk of the Village of North Pelham, Westchester County, New York, Respondents.— In a certiorari proceeding to review the determination of a village board of trustees vacating, as a mistake of fact, a permit issued by an officer charged with the administration of a zoning ordinance enacted pursuant to article 6-A of the Village Law, certiorari proceeding unanimously sustained and determination of the respondents annulled, with ten dollars costs and disbursements. In our opinion, the board of trustees was without power or jurisdiction to review the acts of the administrative body granting the permit as that power is vested exclusively in the board of appeals. (Village Law, § 179-b.) If the permit issued is invalid because the proposed use is unauthorized under the zoning ordinances, then the board may have the permit canceled or the use restrained in a proper action or proceeding. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of CLARENCE F. KALTENBACH, Appellant, for an Order of Certiorari against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and HARRIS H. MURDOCK and Others, the Members Thereof, Respondents, and BENISCH BROS., INC., and ANNA BENISCH, Intervenors-Respondents.— Order vacating an order of certiorari and confirming the determination of the board of standards and appeals in denying an application to revoke permits on the ground that they were illegally issued unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.